1
2
3
4
5
6
7
8
9
10      **UNITED STATES DISTRICT COURT**
11      **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SIMON OHAYON, an individual, on behalf of himself and all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE HERTZ CORPORATION, and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. **CV 11-01662 EJD**<br>(Class Action)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR LEAVE FOR PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT**<br><br>Judge:   Hon. Edward J. Davila<br><br>Complaint Filed: September 7, 2010 |

1  The Court has reviewed the Parties' Stipulation for Leave for Plaintiff to File a
2  Second Amended Complaint.
3  Good cause appearing therefore, it is hereby ordered that the Stipulation is
4  granted, Plaintiffs shall have leave to file the Second Amended Complaint and
5  Defendant shall have thirty (30) days after the filing to file a responsive pleading.
6  IT IS SO ORDERED.  Plaintiff shall file his Second Amended Complaint as a separate docket entry on or before **June 24, 2011.**
7  DATED:  June 21    , 2011
8  _____
   HONORABLE Edward J. Davila
   United States District Judge