IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIMON G. OHAYON, | NO. 5:11-cv-01662-EJD |
| Plaintiff(s), | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| v. | |
| HERTZ CORP., | |
| Defendant(s). | |

On April 29, 2011 this matter was transferred to this Court for all purposes (See Docket Item No. 15). Pursuant to the April 29 Reassignment Order of this Court, the parties failed to confer and submitted a Joint Case Management Statement (See Docket Item No. 16). It appears that a Case Management Conference would be beneficial. The Court sets a Case Management Conference on **December 2, 2011 at 10:00 AM.** On or before **November 22, 2011,** the parties shall file a joint case management conference statement that updates the Court on how this case should proceed.

**IT IS SO ORDERED.**

Dated:  August 24, 2011

EDWARD J. DAVILA
United States District Judge

1
NO. C 11-01662 EJD
ORDER SETTING CASE MANAGEMENT CONFERENCE