**BLUMENTHAL, NORDREHAUG & BHOWMIK**
Norman B. Blumenthal (SB #068687)
norm@bamlawlj.com
Kyle R. Nordrehaug (SB #205975)
kyle@bamlawlj.com
Aparajit Bhowmik (SB #248066)
aj@bamlawlj.com
2255 Calle Clara
La Jolla, CA 92037
Telephone:  (858)551-1223
Facsimile:  (858) 551-1232
Attorneys for Plaintiff

**NIXON PEABODY LLP**
Robert A. Dolinko (SB #076256)
rdolinko@nixonpeabody.com
Joshua M. Henderson (SB #197435)
jhenderson@nixonpeabody.com
One Embarcadero; Suite 1800
San Francisco, CA 94111
Telephone: (415) 984-8200
Facsimile: (415) 984-8300
Attorneys for Defendant THE HERTZ CORPORATION

IT IS SO ORDERED

Judge Edward J. Davila

9/27/2011

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SIMON GOLAN OHAYON, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>THE HERTZ CORPORATION, et al.<br><br>Defendants. | CASE NO. **CV 11-01662 EJD**<br><br>**STIPULATION TO EXTEND DEADLINE FOR MEDIATION**<br><br>Judge:  Hon. Edward J. Davila |

Whereas the parties have exchanged information and conducted preliminary discovery in order to conduct a meaningful mediation of this case which is filed as a putative class action; and

Whereas, Defendant The Hertz Corporation is attempting to gather additional information sought by Plaintiffs; and

Whereas the parties are next scheduled to appear before the Court at a case management conference scheduled for December 2, 2011; and

Whereas, the parties have agreed that extending the deadline for completing the mediation by three weeks likely will enable the parties to have the information they need to conduct a meaningful mediation; and

Whereas mediator John DiNapoli is available on October 17, 2011 and has reserved that mediation date for the parties.

IT IS THEREFORE STIPULATED AND AGREED by and between the parties hereto that the mediation deadline of October 6, 2011 be extended to October 27, 2011.

Dated:  September 26, 2011                    BLUMENTHAL, NORDREHAUG, & BHOWMIK

                                              By:      /s/ Aparajit Bhowmik
                                                      Aparajit Bhowmik
                                                      Attorneys for Plaintiff


Dated:  September 26, 2011                    NIXON PEABODY LLP

                                              By:      /s/ Robert A. Dolinko
                                                      Robert A. Dolinko
                                                      Attorneys for Defendant