UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIMON G. OHAYON, ET AL., | Case No. 5:11-01662 EJD |
| Plaintiffs, | **ORDER REGARDING CASE MANAGEMENT STATEMENT** |
| v. | |
| HERTZ CORP., ET AL., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on December 2, 2011. On November 22, 2011, the parties filed a Joint Case Management Statement. This statement does not propose a date for the court to consider whether the case can be maintained as a class action, which is required by Civil Local Rule 16-9(b)(4). The statement also does not include any other proposed schedule.[1]

IT IS HEREBY ORDERED that the parties shall file an Updated Joint Case Management Statement no later than November 30, 2011. This statement shall include a proposed schedule

---

[1] Instead, the parties propose that a further case management conference be held in 90 days, at which time they will present a schedule for class certification briefing.

1

Case No. 5:11-01662 EJD
CASE MANAGEMENT ORDER

1   including deadlines for conducting any further discovery and for class certification.

2   Dated:  November 28, 2011

3   _____
    EDWARD J. DAVILA
4   United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 5:11-01662 EJD
CASE MANAGEMENT ORDER