1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                             NORTHERN DISTRICT OF CALIFORNIA

10                                    SAN JOSE DIVISION

11

12   SIMON G. OHAYON, ET AL.,                        Case No. 5:11-01662 EJD

13                  Plaintiffs,                       **CASE MANAGEMENT ORDER**

14        v.

15   HERTZ CORP., ET AL.,

16                  Defendants.
     _____/

17

18        On December 9, 2011, the parties appeared before Judge Edward J. Davila for a case

19   management conference.  Based on the parties' Joint Case Management Statement and the

20   discussions held at the conference,

21        IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual

22   and legal issues as set forth in the Case Management Statement.

23        IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other

24   amendments to the pleadings, is sixty days after entry of this order.

25        IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the

26   Federal Rules of Civil Procedure apply.

27        IT IS FURTHER ORDERED that any disputes with respect to discovery or disclosure are

28

                                                  1

1   referred to the assigned Magistrate Judge.

2       IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| EVENT | DEADLINE |
|-------|----------|
| Plaintiffs' Motion for Class Certification | April 13, 2012 |
| Defendant's Opposition to Motion for Class Certification | May 18, 2012 |
| Plaintiff's Reply to Opposition to Motion for Class Certification | June 22, 2012 |
| Fact and Expert Discovery Cutoff | 6 months from ruling on class certification motion |
| Deadline(s) for Filing Discovery Motions | See Civil Local Rule 37-3 |
| Further Case Management Conference | 10:00 a.m. on July 27, 2012 |
| Further Case Management Conference Statement | July 17, 2012 |

12       IT IS FURTHER ORDERED that the parties shall comply with the Standing Order re

13  Pretrial Preparation, a copy of which is available from the Clerk of the Court,[1] with regard to the

14  timing and content of the Joint Preliminary Pretrial Conference Statement, and all other pretrial

15  submissions.

16  **IT IS SO ORDERED.**

17  Dated:  December 9, 2011

18                                              EDWARD J. DAVILA
                                                United States District Judge

---

26      [1] A copy of Judge Davila's standing order is also available on the court's website at
27  www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on
    the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order re Pretrial
28  Preparation."

2