**BLUMENTHAL, NORDREHAUG & BHOWMIK**
Norman B. Blumenthal (State Bar #068687)
Kyle R. Nordrehaug (State Bar #205975)
Aparajit Bhowmik (State Bar #248066)
Piya Mukherjee (State Bar #274217)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232
Firm Website: http://www.bamlawca.com

**THE KARSON LAW FIRM**
Maryam S. Karson (State Bar #221184)
4151 Middlefield Road, Suite 105
Palo Alto, CA 94303-4743
Telephone: (408) 205-1721

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON OHAYON, et al., <br><br> Plaintiff, <br><br> vs. <br><br> THE HERTZ CORPORATION, et al., <br><br> Defendant. | Case No. <u>CV 11-01662 EJD</u> (Class Action) <br><br> STIPULATION AND [PROPOSED] ORDER TO VACATE DATES SET IN THE CASE MANAGEMENT ORDER <br><br> Judge: Jon. Edward J. Davila <br><br> Action Filed: September 7, 2010 |

WHEREAS, the Court set the deadline for Plaintiffs to file their motion for class certification as April 13, 2012 in the Case Management Order, [Doc. No. 36];

WHEREAS, the dates for the opposition, reply, and hearing have also been set regarding the class certification motion, [Doc. No. 36];

WHEREAS, the Court also set dates for the close of discovery, filing of all motions, and further case management conference, [Doc. No. 36];

---
STIPULATION AND [PROPOSED] ORDER TO VACATE DATES SET IN THE CASE MANAGEMENT ORDER
Case No. CV 11-01662-EJD

WHEREAS, the parties have reached a settlement of the claims asserted in this action as a result of the mediation the parties participated in before Mr. David R. Rotman, Esq. on February 16, 2012, subject to completion of documentation;

WHEREAS, in order to conserve judicial resources and avoid the unnecessarily wasting of costs and expenses, the parties agree that the deadlines related to the motion for class certification and other dates set by the Court should be vacated, such that each party's respective efforts will be focused on finalizing the terms of the settlement;

NOW, THEREFORE, Plaintiffs and Defendant, through their respective counsel of record, stipulate and request that the dates set in the Court's Case Management Order shall be vacated and the Plaintiff will file a motion for preliminary approval of settlement within sixty (60) days by May 14, 2012.

IT IS SO STIPULATED AND AGREED.

Dated: March 15, 2012        BLUMENTHAL, NORDREHAUG & BHOWMIK

By: _____
Aparajit Bhowmik
Attorneys for Plaintiff

Dated: March 14, 2012        NIXON PEABODY LLP

By: _____
Robert A. Dolinko
Attorneys for Defendant

IT IS SO ORDERED. The hearing on Plaintiffs' anticipated motion for preliminary approval shall be on June 29, 2012 at 9:00 AM

Dated: March 19, 2012        _____
Hon. Edward J. Davila
UNITED STATES DISTRICT JUDGE

K:\D\NBB\HERTZ v. Ohayon\p-stip-vacate-dates-02.wpd

---

STIPULATION AND [PROPOSED] ORDER TO VACATE DATES SET IN THE CASE MANAGEMENT ORDER
Case No. CV 11-01662 EJD