**BLUMENTHAL, NORDREHAUG & BHOWMIK**
Norman B. Blumenthal (State Bar #068687)
Kyle R. Nordrehaug (State Bar #205975)
Aparajit Bhowmik (State Bar #248066)
Piya Mukherjee (State Bar #274217)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232
Firm Website: http://www.bamlawca.com

**THE KARSON LAW FIRM**
Maryam S. Karson (State Bar #221184)
4151 Middlefield Road, Suite 105
Palo Alto, CA 94303-4743
Telephone: (408) 205-1721

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON OHAYON, et al., <br><br> Plaintiff, <br><br> vs. <br><br> THE HERTZ CORPORATION, et al., <br><br> Defendant. | Case No. **CV 11-01662 EJD** <br>(Class Action) <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL <br><br> Judge: Jon. Edward J. Davila <br><br> Action Filed: September 7, 2010 |

WHEREAS, the deadline for Plaintiff to file a motion for preliminary approval is currently May 14, 2012, and the Court set the hearing on that motion for June 29, 2012 at 9:00 a.m. [Doc. No. 38];

WHEREAS, the parties require some additional time to finalize the settlement

agreement and file the motion for preliminary approval;

NOW, THEREFORE, Plaintiffs and Defendant, through their respective counsel of record, stipulate and request that the deadline for Plaintiff to file the motion for preliminary approval of settlement is extended to May 28, 2012. The hearing on the motion for preliminary approval shall remain on calendar for June 29, 2012.

IT IS SO STIPULATED AND AGREED.

Dated: May 10, 2012          BLUMENTHAL, NORDREHAUG & BHOWMIK

By: _____
Kyle Nordrehaug
Attorneys for Plaintiff

Dated: May 10, 2012          NIXON PEABODY LLP

By: _____
Robert A. Dolinko
Attorneys for Defendant

**IT IS SO ORDERED.**

This Order also terminated docket item no. 39.

Dated: May 11, 2012          _____
Hon. Edward J. Davila
UNITED STATES DISTRICT JUDGE

K:\D\Dropbox\Pending Litigation\HERTZ v. Ohayon\p-stip-motion for prelim-01.wpd

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL

Case No. CV 11-01662 EJD