**United States District Court**
For the Northern District of California

1

2          IN THE UNITED STATES DISTRICT COURT

3          FOR THE NORTHERN DISTRICT OF CALIFORNIA

4                   SAN JOSE DIVISION

5  SIMON G. OHAYON, individually and on            CASE NO. 5:11-cv-01662 EJD
   behalf of all others similarly situated,
6                                                  **ORDER TO SHOW CAUSE**

7                   Plaintiff(s),
          v.
8
   THE HERTZ CORPORATION,
9
10                  Defendant(s).
                                                    /
11

12          On March 19, 2012, the court approved the parties' stipulation vacating all deadlines in this

13  action in favor of a settlement reached at mediation.  See Docket Item No. 38.  As part of that

14  stipulation, the Plaintiff was ordered to file a Motion for Preliminary Approval of the class action

15  settlement no later than May 14, 2012.  See id.  This deadline was subsequently extended to May 28,

16  2012, pursuant to a further stipulation.  See Docket Item No. 41.  The anticipated Motion for

17  Preliminary Approval was scheduled for hearing on June 29, 2012.  See id.

18          To date, Plaintiff has not complied with the deadlines as stipulated between the parties and

19  ordered by the court.  Accordingly, the hearing reserved for June 29, 2012, is VACATED and the

20  court issues an Order to Show Cause why this action should not be dismissed for failure to

21  prosecute.  If Plaintiffs do not, **by June 29, 2012**, demonstrate good cause in writing why this case

22  should not be dismissed by explaining the failure to file a timely Motion for Preliminary Approval,

23  the Court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

24  No hearing will be held on the order to show cause unless otherwise ordered by the Court.

25  **IT IS SO ORDERED.**

26  Dated:  June 22, 2012

27                                          EDWARD J. DAVILA
                                            United States District Judge
28

                                    1