United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIMON G. OHAYON, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br>v.<br>THE HERTZ CORPORATION,<br><br>Defendant(s). | CASE NO. 5:11-cv-01662 EJD<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

Having reviewed Plaintiff's response (see Docket Item No. 44), the court finds that Plaintiff has demonstrated sufficient good cause as required. Accordingly, the Order to Show Cause issued June 26, 2012, is DISCHARGED.

**IT IS SO ORDERED.**

Dated: July 10, 2012

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:11-cv-01662 EJD
ORDER DISCHARGING ORDER TO SHOW CAUSE