1  **NIXON PEABODY LLP**
Robert A. Dolinko (SB #076256)
2  rdolinko@nixonpeabody.com
One Embarcadero; Suite 1800
3  San Francisco, CA 94111
Telephone: (415) 984-8200
4  Facsimile: (415) 984-8300
Attorneys for Defendant
5  THE HERTZ CORPORATION
6
7  **BLUMENTHAL, NORDREHAUG & BHOWMIK**
Norman B. Blumenthal (State Bar No. 068687)
8  norm@bamlawlj.com
Kyle R. Nordrehaug (State Bar No. 205975)
9  kyle@bamlawlj.com
2255 Calle Clara
10  La Jolla, California 92037
Telephone: (858) 551-1223/Facsimile: (858) 551-1232
11  Website: www.bamlawca.com
Attorneys for Plaintiff s
12

13

14                    **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16

| | |
|---|---|
| SIMON GOLAN OHAYON and TERRANCE EVANOFF, as individuals, and on behalf of all those similarly situated, <br><br>               Plaintiffs, <br><br>   v. <br><br>THE HERTZ CORPORATION, and DOES 1 through 100, inclusive, <br>               Defendants. | Case No. CV 11-01662 EJD <br><br> [PROPOSED] **FINAL APPROVAL ORDER; JUDGMENT** <br><br> Hearing Date: January 25, 2013 <br> Hearing Time: 9:00 a.m. <br><br> Judge:   Hon. Edward J. Davila <br> Courtroom:   4, San Jose |

[PROPOSED] FINAL APPROVAL ORDER
                                                                  Case No.  11-01662

1  This matter comes before the Court for hearing, pursuant to the order of this Court
2  dated October 16, 2012 [Doc. No. 49], on the application of the Plaintiffs for final
3  approval of the settlement set forth in the Class Settlement Agreement ("Settlement" or
4  "Agreement").  Due and adequate notice having been given to the Settlement Class as
5  required in said order, and the Court having considered all papers filed and proceedings
6  conducted in this action and otherwise being fully informed and good cause appearing
7  therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. This Order incorporates by reference the definitions in the Agreement, and all terms used herein shall have the same meanings as set forth in the Agreement.

2. For purposes of the Lawsuit, the Court has subject matter and personal jurisdiction over the Parties, including all Settlement Class Members.

3. Pursuant to Federal Rules of Civil Procedure, rule 23 and due process, the Court hereby finally approves the settlement set forth in the Agreement and finds that such settlement is, in all respects, fair, reasonable and adequate to the Settlement Class. The Court further finds that the Agreement and settlement set forth therein were entered into in good faith following arm's length negotiations and is non-collusive.

4. The Settlement Class consists of the following:
   "All those persons employed by The Hertz Corporation as a Car Sales Representative in California during the Class Period."  The "Class Period" is defined as July 27, 2006 through April 30, 2012.

5. Excluded from the settlement are those persons who have submitted valid and timely requests for exclusion.

6. With respect to the Settlement Class Members, the Court finds and concludes that:  (a) the Settlement Class Members are so numerous that joinder of all Settlement Class Members in the Action is impracticable; (b) there are questions of law and fact common to the Settlement Class Members that predominate over any individual questions; (c) the claims of the Plaintiffs are typical of the claims of the Settlement Class Members; (d) Plaintiffs and Class Counsel have fairly and adequately represented and

[PROPOSED] FINAL APPROVAL ORDER

Case No.  11-01662

1  protected the interests of the Settlement Class Members; and (e) a class action is superior
2  to other available methods for the fair and efficient adjudication of the controversy.

3      7.    This action is hereby dismissed with prejudice as to Plaintiffs and all
4  Settlement Class Members.  Upon approval of the settlement and entry of this Order,
5  Plaintiffs and each Settlement Class Member shall be deemed to have, and by operation
6  of this Order, shall have fully and finally released any and all Released Claims as to the
7  Hertz Releasees.

8      8.    The Court finds that the Notice provided to the Settlement Class Members
9  were the best notice practicable under the circumstances of these proceedings and of the
10  matters set forth therein, and that the Notice fully satisfies the requirements of the Federal
11  Rules of Civil Procedure, rule 23, due process and any other applicable laws.

12      9.    Any order regarding the application for Class Counsel's attorneys' fees and
13  litigation costs or Plaintiff's enhancement award fee shall in no way disturb or affect this
14  Order and shall be considered separate from this Order.

15      10.    The Court's approval of class certification for settlement purposes shall not
16  be accorded res judicata, judicial estoppel, collateral estoppel, or any other form of
17  preclusive effect concerning the suitability of this action for certification under the
18  California Code of Civil Procedure or the FRCP in the event that the parties' Settlement
19  does not become final as a consequence of any appeal from this Order of Final Approval.

20      11.    Without affecting the finality of this Judgment and Order in any way, this
21  Court hereby retains continuing jurisdiction over, <u>inter</u> <u>alia</u>:  (a) interpretation,
22  implementation and enforcement of the settlement and the payments to be made under
23  the settlement; (b) the hearing and determination of applications for Class Counsel's
24  attorneys' fees and costs and Plaintiffs' service awards; and (c) the enforcement and
25  administration of the Agreement. The Clerk shall close this file.

26  **IT IS SO ORDERED**.

27  Dated: January 25, 2013



Hon. Edward J. Davila
United States District Court Judge

[PROPOSED] FINAL APPROVAL ORDER

Case No.  11-01662